AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

CORDOBA LEGAL GROUP PLLC,
a Florida limited liability company,

*Plaintiff(s)*

v.

DUO STUDIOS INCORPORATED d/b/a THE CREDIT PEOPLE, an Illinois corporation

*Defendant(s)*

Civil Action No. 9:26-cv-81018-MD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DUO STUDIOS INCORPORATED
d/b/a THE CREDIT PEOPLE,
an Illinois corporation
1 East Erie St. #303, Suite 525
Chicago, IL 60611

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jeffrey Gilbert, Esq.
GREENSPOON MARDER LLP
600 Brickell Avenue
Suite 3600
Miami,FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

SUMMONS

Date: Aug 19, 2026

s/ Micky Quezada

Deputy Clerk
U.S. District Courts

k